IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ISAIAH GUNARTT,<br><br>      Plaintiff,<br><br>vs.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, MICHAEL P. RANDLE, WARDEN GAETZ, J. COWAN, MR. HOUER and MR. LONG,<br><br>      Defendants. | Case No. 10-cv-767-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the jury having rendered a verdict,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Illinois Department of Corrections, Michael P. Randle, Warden Gaetz, J. Cowan, Mr. Houer, and Mr. Long and against plaintiff Isaiah Gunartt.

                                                                                 **NANCY J. ROSENSTENGEL**

**DATED:**    August 22, 2013                                        s/Deborah Agans, Deputy Clerk


**Approved**:    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**